# EXHIBIT A

CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Publix Super Markets, Inc.
Merriann Metz General Counsel & Secretary
Publix Super Markets Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811

August 08, 2024

# SERVICE OF PROCESS NOTICE

Item: 2024-9682

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Publix Super Markets, Inc. |
| 2. | **Title of Action:** | Murray, Jasmine vs.Publix Super Markets, Inc. |
| 3. | **Document(s) Served:** | Summons<br>General Civil and Domestic Relations Case Filing Information Form<br>Complaint for Personal Injuries<br>Plaintiff's First Continuing Interrogatories to Defendant Publix Super Markets, Inc. |
| 4. | **Court/Agency:** | Cobb County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 24-A-3664 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 08/06/2024 |
| 10. | **Date to Client:** | Thursday 08/08/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Thursday 09/05/2024<br>CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>**(Name, City, State, and Phone Number)** | Taylor M. Barnett<br>Atlanta, GA<br>770-900-900 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Also Attached:<br>* Plaintiff's First Request for Production of Documents and Things to Defendant Publix Super Markets, Inc. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

ID# E-GWT42ZUK-H53
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-3664
JUL 30, 2024 11:12 AM
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER 24-A-3664

$202.00 COST PAID

Murray, Jasmine

**PLAINTIFF**

**VS.**

Publix Supermarkets, Inc.

**DEFENDANT**

## SUMMONS

TO: PUBLIX SUPERMARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Taylor Barnett**
**The Hammers Law Firm, LLC**
**5555 Glenridge Conn.**
**Suite 975**
**Atlanta, Georgia 30342**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of July, 2024.**

Clerk of State Court

STATE COURT OF COBB COUNTY, GEORGIA

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

ID# E-GWT42ZUK-CXY
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-3664
JUL 30, 2024 11:12 AM
Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of Cobb County

**For Clerk Use Only**

Date Filed 07-30-2024
MM-DD-YYYY

Case Number 24-A-3664

| Plaintiff(s) | Defendant(s) |
|---|---|
| Murray, Jasmine | Publix Supermarkets, Inc. |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |

Plaintiff's Attorney Barnett, Taylor Bar Number 613670 Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_______________ Case Number _______________ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_______________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

ID# E-GWT42ZUK-ETE
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-3664
JUL 30, 2024 11:12 AM
Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| JASMINE MURRAY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>Defendant. | ) | CIVIL ACTION<br>FILE NO.____________ |

**COMPLAINT FOR PERSONAL INJURIES**
(Jury Trial Demanded)

COMES NOW Jasmine Murray, Plaintiff in the above-styled civil action, and brings this Complaint against the Defendant above-named, and in support thereof, shows the Court as follows:

1.

Defendant is a foriegn corporation registered to business in this State and County is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. § 14-2-510(b)(1).

2.

On August 20, 2022, Plaintiff was an invitee at Defendant's store located at 911 Duluth Highway in Gwinnett County, Georgia.

3.

At said place and time, Plaintiff slipped and fell due to a foreign substance on the floor of Defendant's premises.

4.

The foreign substance on the floor constituted a hazardous condition on Defendant's premises.

5.

At said place and time, Plaintiff had no knowledge of the hazardous condition and was unable to visualize or appreciate it.

6.

No hazardous condition warnings were placed in a conspicuous location to warn Plaintiff of the hazard on the premises.

7.

Defendant had actual or constructive knowledge of the hazardous condition on its floor.

8.

At said place and time, Defendant owed a duty to Plaintiff to exercise ordinary care to keep the premises safe, to not injure Plaintiff by maintaining a hazardous condition on its premises, and to warn Plaintiff of any hazardous conditions on its premises.

9.

Defendant breached this duty of care by, among other things, failing to keep the area safe for Plaintiff, failing to warn Plaintiff of the hazardous condition, and failing to regularly inspect and/or maintain the area to discover and remove hazards.

10.

As a proximate result of Defendant's negligence, Plaintiff sustained personal injuries and incurred charges for medical bills, lost wages, and other expenses to be proven at trial.

11.

As a further result of said negligence, Plaintiff has endured physical and mental pain and suffering, inconvenience, inability to enjoy a normal life, and Plaintiff is entitled to judgment

against Defendant in an amount sufficient to constitute full and complete compensation for all of her injuries and damages, past, present, and future.

12.

WHEREFORE, Plaintiff prays for the following:

(a) That service of process issue upon the Defendant as provided by law;

(b) That Plaintiff be awarded compensatory damages for medical and other expenses and general damages for pain and suffering, past, present and future in a sum and amount to be shown at trial in accordance with the enlightened conscience of an impartial jury;

(c) That Plaintiff have a trial by jury on all issues;

The Plaintiff has such other and further relief as this Honorable Court deems just and proper under the circumstances.

This 30th day of July, 2024.

Respectfully submitted,

***/s/ Taylor M. Barnett***

Robert M. Hammers, Jr.
Georgia Bar No. 33721
Taylor M. Barnett
Georgia Bar No. 613670
Attorneys for Plaintiff

HAMMERS LAW FIRM, LLC
5555 Glenridge Connector
Suite 975
Atlanta, Georgia 30342
(770) 900-9000
rob@hammerslawfirm.com

CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-3664
AUG 12, 2024 02:24 PM
Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JASMINE MURRAY,<br>Plaintiff,<br>vs.<br>PUBLIX SUPER MARKETS, INC.,<br>Defendant. | CIVIL ACTION FILE NO.<br>24 A 3664 |

## AFFIDAVIT OF SERVICE OF PROCESS

COMES NOW the undersigned, Steven M. Barney, Jr. and gives this his affidavit of service of process testifying and deposing as follows:

1.

I am the age of majority and laboring with no mental disabilities. I give this affidavit based upon personal knowledge. I have no personal or financial interest in the outcome of this case. I am a Court appointed process server authorized to serve process in the above Court.

2.

I personally served upon PUBLIX SUPER MARKETS, INC. the following documents by serving Corporate Creations Network, Inc. Registered Agent, via Dale Stephancik, authorized to accept service, at the address of 2985 Gordy Parkway, First Floor, Marietta, Georgia on August 6, 2024 at 2:09 p.m.

- Case Initiation and Summons
- Complaint for Personal Injuries
- Plaintiff's First Continuing Interrogatories to Defendant Publix Super Markets, Inc.
- Plaintiff's First Request for Production of Documents and Things to Defendant Publix Super Markets, Inc.

DATED this 11 day of August, 2024.

STEVEN M. BARNEY, JR.

Sworn to and subscribed before me
This 11 day of August, 2024.

Notary Public, State of Georgia
My Commission Expires: 2/16/27

Mary B. Barney
NOTARY PUBLIC
Gilmer County
State of Georgia
My Comm. Expires 2/16/2027